IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Barnes Kelly, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00246 |
| v. | : | Judge Smith |
| United States of America, | : | Magistrate Judge Abel |
| Defendant | : | |
| | : | |

# ORDER

The parties' February 21, 2012 joint motion to cancel the settlement conference set for March 14, 2012 (doc. 19) is GRANTED. Counsel are DIRECTED to call my office (614.719.3370) no later than March 23, 2012 in order to schedule a telephone status conference. The Clerk of Court is DIRECTED to mail a copy of this order to the mediator, Jerome Tinianow, 111 Liberty St., Ste. 100, Columbus, Ohio 43215.

s/ Mark R. Abel
United States Magistrate Judge