IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Barnes Kelly, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00246 |
| v. | : | |
| United States of America, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

The United States' June 7, 2012 motion to cancel the mediation set for June 15, 2012 (doc. 25) is GRANTED. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, Jeffrey W. Hutson, Two Miranova Place, Suite 500, Columbus, Ohio 43215.

s/ Mark R. Abel
United States Magistrate Judge