IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Barnes Kelly, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00246 |
| v. | : | |
| United States of America, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

Plaintiff John B. Kelly's September 17, 2012 motion to dismiss this action with prejudice with costs to plaintiff (doc. 29) is GRANTED.

s/ Mark R. Abel<br>
United States Magistrate Judge